**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: Brian Bullock**           ) | |
| ) | **Case No: 18 B 16842** |
| ) | **Judge:   Cox** |
| ) | **Chapter  13** |
| **Debtor**           ) | |

## NOTICE OF MOTION

**Served upon the following parties electronically:**
**Office of United States Trustee**, Dirksen Federal Building, 219 S. Dearborn, St., Room 873, Chicago, IL 60604
**Trustee:** Thomas Vaughn, 55 E. Monroe Street, Ste. 3850, Chicago, IL 60603
**and served upon the following parties via U.S. Mail:**
**Debtor**: Brian Bullock, 16643 Wedgewood, Markham, IL 60428
**See Attached Service List**

PLEASE TAKE NOTICE that on February 11, 2019 at 9:00 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Cox, or any other Bankruptcy Judge presiding in her place in Courtroom 680 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, on the attached Motion to Modify Plan, and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

I, The undersigned, an attorney, hereby certify that a copy of this notice was served electronically or mailed to the above persons, at her respective addresses, postage prepaid, by depositing in the U.S. Mail at 211 W. Wacker Dr., Chicago, IL 60606, before 6:00 p.m. on or before January 14, 2019.

_____/s/ Angelica Harb_____
Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-16842<br>Northern District of Illinois<br>Eastern Division<br>Mon Jan 14 12:42:37 CST 2019 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br>Codilis & Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| AT&T Corp<br>% AT&T Services, Inc<br>Karen A. Cavagnaro - Lead Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | AT&T Mobility II LLC<br>%AT&T SERVICES INC.<br>KAREN A. CAVAGNARO  PARALEGAL<br>ONE AT&T WAY, SUITE 3A104<br>BEDMINSTER, NJ. 07921-2693 | Aaron's Sales & Lease<br>Attn: Bankruptcy<br>Po Box 100039<br>Kennesaw, GA 30156-9239 |
| Acc Cons Fin<br>9191 Towne Centre Dr<br>San Diego, CA 92122-1225 | Bridgecrest<br>7300 E Hampton Ave #101<br>Mesa, AZ 85209-3324 | Bridgecrest Credit Company,LLC<br>PO BOX 29018<br>PHOENIX, AZ 85038-9018 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Chase Mortgage<br>Attn: Case Research & Bankruptcy<br>Po Box 24696<br>Columbus, OH 43224-0696 | Credit One Bank<br>Attn: Bankruptcy<br>Po Box 98873<br>Las Vegas, NV 89193-8873 |
| DJR GROUP<br>WILLIAMSON AND BROWN,LLC<br>4691 Clifton Pkwy<br>Hamburg, NY 14075-3201 | DT Credit Company, LLC<br>Attn: Bankruptcy<br>Po Box 29018<br>Phoenix, AZ 85038-9018 | ERC/Enhanced Recovery Corp<br>Attn: Bankruptcy<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 |
| First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | Flexpay<br>1602 Tullamore Ave<br>Bloomington, IL 61704-9624 | Home Choice<br>5501 Headquarters Dr<br>Plano, TX 75024-5837 |
| JPMorgan Chase Bank, National Association<br>Chase Records Center<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | LVNV Funding, LLC its successors and assigns<br>assignee of MHC Receivables, LLC and<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | PLS Loan Store<br>3175 W, 175th St<br>Hazel Crest, IL 60429-1662 |
| The Payday Loan Store<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas, TX 75380-0849 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | World Acceptance Corporation<br>Attn: Bankruptcy Processing Center<br>P.O. Box 6429<br>Greenville, SC 29606-6429 |
| World Finance<br>108 Frederick Street<br>Greenville, SC 29607-2532 | Brian E Bullock<br>16643 Wedgewood<br>Markham, IL 60428-5347 | Jason Blust<br>Law Office of Jason Blust, LLC<br>211 W. Wacker Drive<br>Ste. 300<br>Chicago, IL 60606-1390 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JPMorgan Chase Bank, National Association

End of Label Matrix
Mailable recipients    28
Bypassed recipients     1
Total                  29

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: Brian Bullock ) | |
| ) | Case No:  18 B 16842 |
| ) | Judge:     Cox |
| ) | Chapter   13 |
| Debtor ) | |

## MOTION TO MODIFY PLAN

Now comes Brian Bullock (hereinafter referred to as "Debtor"), by and through his attorneys, and moves this Honorable Court for entry of an Order Modifying Plan, pursuant to section 1329 of the bankruptcy code, and in support thereof, respectfully represents as follows:

1. On June 13, 2018, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This Honorable Court confirmed the Debtor's Chapter 13 plan on August 6th, 2018. The confirmed plan called for payments of $570.00 for 60 months, paying unsecured creditors 100% on their claims.

3. The Trustee filed a motion to dismiss debtor for term of plan. Debtor's Chapter 13 plan is currently running over 60 months. In order for the case to complete within 60 months, the Debtor requests to increase his plan payment to $670.00 per month. Debtor believes he can afford the increased payment after reviewing his budget. (Please see attached Exhibit A for Debtor's I&J schedules)

5. If the Debtor's plan payment is increased to $670.00 per month, the unsecured creditors will still receive 100% on their claims, and the plan will complete within 60 months.

**WHEREFORE**, Debtor prays that this Honorable Court enter an Order for the following relief:

1. Increasing his plan payment to $670.00 per month; and
2. For such other relief as this Court deems proper under the circumstances.

Respectfully submitted,

_____/s/ Angelica Harb
Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001